## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

JEWEL BRUNNER,                                          Case No. 3:15-cv-84

                    Plaintiff,                          Judge Thomas M. Rose
                                                        Chief Magistrate Judge Sharon L. Ovington

          v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

---

### ENTRY AND ORDER GRANTING JOINT MOTION FOR REMAND (DOC. 10); VACATING THE PRIOR NON-DISABILITY FINDING; REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND TERMINATING THIS CASE ON THE COURT'S DOCKET

---

This case is before the Court on the parties' Joint Motion For Remand (Doc. 10) pursuant to the fourth sentence of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  The Court, having been fully advised, hereby **ORDERS** that:

(1) The Joint Motion For Remand (Doc. 10) is **GRANTED**;

(2) The Commissioner's prior non-disability finding shall be **VACATED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, December 3, 2015.

                                        s/Thomas M. Rose

                                        _____
                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE